**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advanced Fishing Technologies, Inc., an Arizona corp., | No. CV 05-1768 PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Xtools, LLC, a Florida Limited Liability Co., | |
| Defendant. | |

Plaintiff has filed a Motion for Leave to File Second Amended Complaint.  *See* Doc. #21.  At the Case Management Conference held on October 19, 2005, counsel for Defendant Xtools, LLC stated that Defendant did not oppose the motion.  For this reason,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint (Doc. #21) is **granted**.  Plaintiff is directed to file its Second Amended Complaint with the Clerk of the Court by October 28, 2005.

DATED this 21st day of October, 2005.

David G. Campbell
United States District Judge